1  JOHN C. CRUDEN
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3
   JOHN P. TUSTIN (TX 24056458)
4  DAVENÉ D. WALKER
   john.tustin@usdoj.gov
5  davene.walker@usdoj.gov
   Trial Attorneys
6  Natural Resources Section
   P.O. Box 7611
7  Washington, DC 20044-7611
   Tel:    (202) 305-3022 (Tustin)
8          (202) 353-9213 (Walker)
   Fax:   (202) 305-0506
9
   BENJAMIN B. WAGNER
10 United States Attorney

11 LYNN TRINKA ERNCE
   lynn.trinka.ernce@usdoj.gov
12 Assistant United States Attorney
   501 I Street, Suite 10-100
13 Sacramento, CA  95814
   Tel:    (916) 554-2720
14 Fax:   (916) 554-2900

15 *Attorneys for Federal Defendants*

16              IN THE UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18 AMY GRANAT, *et al.*                    Case No. 2:15-cv-0605-MCE-DAD

19           Plaintiffs,                   **STIPULATION EXTENDING
                                           TIME FOR FEDERAL
20      v.                                 DEFENDANTS TO RESPOND TO
                                           FREEDOM OF INFORMATION
21                                         ACT CLAIMS; ORDER**
   UNITED STATES DEPARTMENT OF
22 AGRICULTURE, *et al.*,

23           Defendants.

24

25      Plaintiffs' complaint asserts claims against the federal defendants under the Administrative

26 Procedure Act ("APA") and the Freedom of Information Act ("FOIA").  Federal defendants' answer

27 to the APA claims is due 60 days from the date of service.  Fed. R. Civ. P. 12(a)(2).  Their answer to

28 the FOIA claims is due 30 days from the date of service.  5 U.S.C. § 552(a)(4)(C).

The parties, by and through their counsel, hereby stipulate that the time for the federal defendants to respond to the FOIA claims shall be extended by 30 days so that their responses to all claims will be due 60 days after the date of service, which is May 29, 2015.

DATED:  April 13, 2015          JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ John P. Tustin*
JOHN P. TUSTIN (TX 24056458)
DAVENÉ D. WALKER

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

*Attorneys for Federal Defendants*

DATED:  April 13, 2015          M. REED HOPPER
THEODORE HADZI-ANTICH

*/s/ Theodore Hadzi-Antich*
THEODORE HADZI-ANTICH

*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

**Dated:  April 15, 2015**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT